No. D–1448.  IN RE DISBARMENT OF CROWLEY.  It is ordered that James Tyner Crowley, of Cleveland, Ohio, be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–1449.  IN RE DISBARMENT OF LEVINE.  It is ordered that Leslie Ira Levine, of Mt. Kisco, N. Y., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.